^A0440 (Rev. 8/01) Summons in t Civil Action

# UNITED STATES DISTRICT COURT

District of ___Guam___

FELIPE DATUIN and JEFF GUMATATOTAO,

        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CIVIL CASE NO. **04-00010**

LSG Catering Service Holding AG, LSG Lufthansa
Service [LSG] Guam, Inc, LSG Catering Guam, Inc.,
LSG Lufthansa Service USA Corporation, LSG Lufthansa
Service [LSG] Asia, Ltd., LSG Lufthansa Service [LSG]
Saipan, Inc., LSG Catering Saipan, Inc. LSG Sky Chefs,
and DOES 1 through 20,

        Defendants.

**TO:** (Name and address of Defendant)

LSG Catering Guam, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

**SANDRA D. LYNCH, ESQ.**
**207 MARTYR STREET, SUITE 3**
**HAGATNA, GUAM 96910**

an answer to the complaint which is served on you with this summons, within 20 days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

MAR 04 2004

_____         _____
CLERK                                                        DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 03/18/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LUCIA LAGOS | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: LS6 Harmon Ind Guam
CV04 -00010   LS6 Catering  Guam, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| vehicle | Process Serve | $35. — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/18/04
_____
Date

_____
Signature of Server

Merizo
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.