^A0440 (Rev. 8/01) Summons in t Civil Action

FILED
DISTRICT COURT OF GUAM
MAR 31 2004
MARY L. M. MORAN
CLERK OF COURT



# UNITED STATES DISTRICT COURT

District of Guam

FELIPE DATUIN and JEFF GUMATATOTAO,

Plaintiffs,

V.

LSG Catering Service Holding AG, LSG Lufthansa Service [LSG] Guam, Inc, LSG Catering Guam, Inc., LSG Lufthansa Service USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd., LSG Lufthansa Service [LSG] Saipan, Inc., LSG Catering Saipan, Inc. LSG Sky Chefs, and DOES 1 through 20,

Defendants.

**SUMMONS IN A CIVIL CASE**

CIVIL CASE NO. 04-00010

**TO:** (Name and address of Defendant)

LSG Lufthansa Service (LSG) Saipan, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

**SANDRA D. LYNCH, ESQ.**
**207 MARTYR STREET, SUITE 3**
**HAGATNA, GUAM 96910**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

MAR 04 2004

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 03/18/04 |
|---|---|
| NAME OF SERVER (PRINT) Lucia J. Lagos | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: LSG, Harmon Ind., Guam CV04-00010 LSG Lufthansa Service (LSG) Saipan, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| vehicle | process serve | $35 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/18/04
Date

Lucia Lagos
*Signature of Server*

Merizo
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.