LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
APR 09 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, | CIVIL CASE NO. 04-00010 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I hereby certify that a true and correct copy of the **Answer** and **Motion to Dismiss** will be served by hand deliver to the Law Office of Sandra D. Lynch, Esq., C&A Building, Suite 101, 251 Martyr Street, Hagatna, Guam 96910

Dated this 9th day of April 2004.

ROSA L. RESENDEZ

**ORIGINAL**