ORIGINAL

LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
MAY 18 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br> MUTUAL STATEMENT RE: DISAGREEMENT OF SCHEDULING ORDER |

Pursuant to Local Rule 16.2(b) of the District Court of Guam, the parties have communicated and do not agree on a proposed Scheduling Order. Attached hereto are proposed Scheduling Orders prepared by each party.

Dated: 5-18-04

LAW OFFICES OF SANDRA D. LYNCH

By: _____
Sandra D. Lynch, Esq.
Attorney for Plaintiffs

Dated: 5-18-04

LIMTIACO CRUZ & SISON, PLLC

By: _____
Donna M. Cruz, Esq.
Attorney for Defendants
LSG Service Guam, Inc. and
LSG Catering Guam, Inc.

SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,
Ricardo G. "Gino" Perez, and Nona Perez*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| FELIPE DATUIN et al., | ) | CIVIL CASE NO. 04-00010 |
| Plaintiffs, | ) | |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| LSG Lufthansa Service Holding AG, | ) | |
| LSG Lufthansa Service [LSG] Guam, Inc., | ) | |
| LSG Catering Guam, Inc., | ) | |
| LSG Lufthansa Service USA Corporation, | ) | |
| LSG Lufthansa Service [LSG] Asia, Ltd., | ) | |
| LSG Lufthansa Service [LSG]Saipan, Inc., | ) | |
| LSG Catering Saipan, Inc. | ) | |
| LSG Sky Chefs, | ) | |
| and DOES 1 through 20, | ) | |
| Defendants. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and the Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: Plaintiffs filed suit against their employers, LSG Lufthansa Service Holding AG, and others under Title VII of the Civil Rights Act, alleging that they were discriminated against in their terms and conditions of their employment.

2. There are no motions pending or filed in this matter. Discovery has not been initiated by

1. any party at this time.
2. 3. All motions to add parties and claims shall be filed on or before **July 2, 2004** and heard on **July 22, 2004 at 9:30 a.m.**
3. 4. All motions to amend pleadings shall be filed on or before **July 2, 2004** and heard on July **22, 2004 at 9:30 a.m.**
4. 5. Status of Discovery:
   a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:
   1. The "initial disclosures" described in subsections (A), (B), (C) and (D) of the FRCivP Rule 26(a)(1) shall be exchanged by **October 15, 2004** [Pursuant to local rules, these are not to be filed]
   2. The disclosure of expert testimony by plaintiffs' experts shall be made not later than **December 17, 2004.** The disclosure of expert testimony by defendants' experts shall be made by **January 21, 2005;**
   3. The "pretrial disclosures" described in FRCivP Rule 26()(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by **May 12 2005.**
   b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery;
   **Plaintiffs:** Interrogatories, Requests to Produce, Admissions and depositions;
   **Defendants:** Interrogatories, Requests to Produce, Admissions and depositions;
5. 6. The parties shall appear before the District Court on_____ at _____a.m. for the initial scheduling conference;
6. 7. The discovery cut-off date (defined as the last day to file responses to discovery) is **February 25, 2005.**
7. 8. The anticipated discovery motions are Motions to Compel or Motions for Protective Orders. All discovery motions shall be filed on or before **March 31, 2005**, and heard on or about **April 22, 2005 at 10:00 a.m.**

Case 1:04-cv-00010 Document 11 Filed 05/18/2004 Page 3 of 5

9. The anticipated dispositive motions are Motions for Summary Judgment. All dispositive motions shall be filed on or before **March 31, 2005**, and heard on or about **April 22, 2005 at 10:00 a.m.**

10. The prospects for settlement are unknown at this time;

11. The Preliminary Pre-Trial Conference shall beheld on **June 6, 2005 at 10:00 a.m.** (no later than twenty-one (21) days prior to trial);

12. The parties' pretrial materials, discovery materials, final witness lists, designations and final exhibit lists shall be filed on or before **June 13, 2005**;

13. The proposed Pre-Trial Order shall be filed on or before **June 13, 2005** (no later than fourteen (14) days prior to trial;

14. The Final Pre-Trial Conference shall be held on **June 20, 2005 at 3:00 p.m.** (seven (7) days prior to trial);

15. The trial shall be held on **June 27, 2005 at 8:30 a.m.**, which is within 18 months of filing the Complaint;

16. The trial is not a jury trial;

17. It is anticipated that the trial will take 10 days to try;

18. The names of counsel are as follows:

    For Plaintiff:    Sandra D. Lynch
                           207 Martyr Street
                           Suite 3, Travel Pacificana Building
                           Hagåtña, Guam 96910
                           Telephone: (671) 472-8889
                           Fax: (671) 472-8890

    For Defendant:    Alicia A.G. Limtiaco
                           Limtiaco, Cruz and Sison, PLLC
                           777 Route 4, MVP Business Center
                           Suite 11B
                           Sinajana, Guam 96910
                           Telephone (671) 477-0000
                           Fax: (671) 477-0001

19. The parties wish to submit this case to a settlement judge;

20. The following issues will affect the status or management of the case:

   a) At least one of the defendants is an off island resident;

   b) Some of the witnesses are off island residents.

   Dated this _____.

   _____
   **HONORABLE**
   Judge, District of Guam

*Submitted by:*

LAW OFFICE OF SANDRA D. LYNCH

By: *[signature]*
   Sandra D. Lynch, Esq.
   Attorney for Plaintiff

*Approved By:*

LIMTIACO, CRUZ and SISON, PLLC

By: _____
   **Alicia A.G. Limtiaco, Esq.**
   Attorneys for Defendant