DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN 03 2004
MARY L. M. MORAN
CLERK OF COURT

FELIPE DATUIN, JEFF GUMATAOTAO, and JAMES CRUZ,

    Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et al.,

    Defendants.

Civil Case No. 04-00010

**MINUTES**

(X) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
(June 2, 2004, at 3:35 P.M.)

( ) FINAL PRETRIAL CONFERENCE      ( ) STATUS CONFERENCE

**Notes:** Attorney Sandra D. Lynch appeared on behalf of the plaintiffs. Attorneys Alicia A. Limtiaco and Donna M. Cruz appeared on behalf of the defendants.

    The Magistrate Judge discussed with counsel whether the parties had consented to proceed before him. The parties indicated that they had submitted their consent forms to the Court. The Court stated that it would follow up on the submissions.

    The Magistrate Judge asked counsel how the timing of the case would be affected by the defendants' pending motion to dismiss, the plaintiffs' pending motion to consolidate, and a pending motion to dismiss for lack of personal jurisdiction, filed by the defendants in another Title VII case involving other plaintiffs. Defense counsel informed the Magistrate Judge that

1

1  an opposition to the plaintiffs' motion to consolidate had just been filed earlier in the day, prior
2  to the conference. Defense counsel also informed the Court that the plaintiffs had not
3  responded to the motion to dismiss and that, pursuant to the Court's Local Rules, the time for
4  the plaintiffs to file an opposition had already expired. Defense counsel stated that they would
5  soon file the appropriate documents formally informing the Court of this failure to oppose and
6  asking the Court to file in favor of the motion to dismiss. Ms. Lynch stated that she would file
7  a response.

8  The Magistrate Judge and counsel then went over the filing deadlines and hearing dates
9  in each party's proposed Scheduling Order, and, where the parties had previously disagreed,
10 settled on certain dates. Rather than adopt the Proposed Scheduling Order submitted to the
11 Court by the defendants on May 18, 2004, the parties agreed to draft a new Proposed
12 Scheduling Order, which will include the newly agreed-upon dates for filing deadlines and
13 hearings.

14 After reaching agreement on dates and deadlines in the Scheduling Order, Ms. Limtiaco
15 notified Ms. Lynch that the originals of some documents served via facsimile were never
16 received by her law office. In response, Ms. Lynch stated that the originals should have been
17 sent and that she would look into the matter.

18 The Magistrate Judge and counsel also discussed the procedure regarding a proposed
19 Discovery Plan, which the parties had been ordered to file by May 18, 2004. Since defense
20 counsel submitted such a Plan, albeit on May 19, 2004, the Court and counsel agreed that such
21 compliance was all that was required, and that the Court and counsel did not have to sign the
22 Plan.

23 The conference concluded at 4:50 P.M.
24 Dated: June 3, 2004

**DELIA S. LUJAN**
Pro Se Law Clerk

2