AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of     Guam

FELIPE DATUIN, et al.,

           Plaintiffs,
           vs.

LSG LUFTHANSA SERVICE HOLDING AG, et al.,

           Defendants.

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: CV-04-00010

FILED
DISTRICT COURT OF GUAM
JUN 03 2004
MARY L. M. MORAN
CLERK OF COURT

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Felipe Datuin | | |
| Jeff Gumataotao | Sandra D. Lynch | 5/26/04 |
| James Cruz | | |
| LSG Lufthansa Service Guam, Inc. | | |
| ~~LSG Catering Guam, Inc.~~ | Alicia A. Limtiaco | 5/27/04 |
| LSG Lufthansa Service Saipan, Inc. | | |
| LSG Catering Saipan, Inc. | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to    Joaquin V.E. Manibusan, Jr.    United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

6/3/04      Frances Tydingco-Gatewood      FRANCES M. TYDINGCO-GATEWOOD
Date      Associate Justice      United States District Judge
       Supreme Court of Guam, Sitting by Designation

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

ORIGINAL