LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>　　　　Defendants. | CIVIL CASE NO. 04-00010<br><br>NOTICE AND MOTION FOR AN ORDER GRANTING DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b) AND CIVIL RULES 7.1(d)(2)(A) and 7.1(f) OF THE LOCAL RULES OF PRACTICE FOR THE DISTRICT COURT OF GUAM |

PLEASE TAKE NOTICE that on _____ at ____.m., Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "LSG Guam"), by and through their counsel, shall bring the following Motion for an Order Granting Dismissal Pursuant to Federal Rule of Civil Procedure 12(b) and Civil Rules 7.1(d)(2)(A) and 7.1(f) of the Local Rules of Practice for the District Court of Guam. LSG Guam states as follows:

ORIGINAL

# INTRODUCTION

Plaintiffs Felipe Datuin ("Datuin"), Jeff Gumataotao ("Gumataotao"), and James Cruz ("Cruz") (collectively "Plaintiffs") filed a five-count complaint ("Complaint") against LSG Guam and other defendants[1] all arising under 42 U.S.C. § 2000e-5 ("Title VII").

On April 9, 2004, LSG Guam filed its Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b) stating that all claims by Datuin must be dismissed because he failed to file his Charge of Discrimination ("Charge") with the Equal Employment Opportunity Commission ("EEOC") within 180 days of the last discriminatory act, in this case, his termination, and that Gumataotao's claim of retaliation must be dismissed because it was not raised with the EEOC and did not arise out of the same allegations contained in his EEOC Charge.

To date, the Plaintiffs have not filed an opposition to LSG Guam's Motion to Dismiss for Failure to State a Claim and more than two months have lapsed since LSG Guam served such motion on the Plaintiffs.

# ARGUMENT

## PLAINTIFFS FAILED TO COMPLY WITH DISTRICT COURT OF GUAM CIVIL RULES 7.1(d)(2)(A) and 7.1(f), THUS LSG GUAM'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM SHOULD BE GRANTED.

The Court requires that when a motion is not set for oral argument, the opposing party shall have fourteen (14) days from the date of the filing of the motion to serve and file an opposition. LR 7.1(d)(2)(a) of the Local Rules of Practice for the District Court of Guam.

---

[1] As of the date of this pleading, to LSG Guam's knowledge, only LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. have been served.

Papers not timely filed by a party including any memoranda or other papers required to be filed under this rule will not be considered and such tardiness may be deemed by the Court as consent to the granting or denial of the motion, as the case may be. LR 7.1(f) of the Local Rules of Practice for the District Court of Guam. More than fifty-six (56) days have lapsed since LSG Guam served upon the Plaintiffs its Motion to Dismiss for Failure to State a Claim and no opposition to such motion has been filed, nor have the Plaintiffs filed a motion for leave of court for an expansion of time. Because the Plaintiffs are tardy in filing an opposition in response to such motion and have utterly failed to comply with Civil Rules 7.1(d)(2)(a) and 7.1(f) of the Local Rules of Practice for the District Court of Guam, their non-opposition should be deemed a consent to LSG Guam's Motion to Dismiss for Failure to State a Claim. LSG Guam now moves the Court for an order granting its Motion to Dismiss for Failure to State a Claim filed on April 9, 2004.

## CONCLUSION

Based on the foregoing, LSG Guam respectfully requests that the Court grant its Motion for an Order Granting Dismissal Pursuant to Federal Rule of Civil Procedure 12(b) and Civil Rules 7.1(d)(2)(A) and 7.1(f) of the Local Rules of Practice for District Court of Guam.

Dated: June 9, 2004

LIMTIACO CRUZ & SISON, PLLC

By: _____
ALICIA A. LIMTIACO, Esq.
Counsel for Defendants LSG Lufthansa Service
Guam, Inc. and LSG Catering Guam, Inc.

By: _____
DONNA M. CRUZ, Esq.
Counsel for Defendants LSG Lufthansa Service
Guam, Inc. and LSG Catering Guam, Inc.