LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br><br> **AGREEMENT OF HEARING PURSUANT TO LOCAL RULE 7.1** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Alicia A. Limtiaco, am co-counsel for Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. in this matter. Our office contacted Sandra Lynch's office, opposing counsel in this action, to agree upon a date for oral argument of our Motion for an Order

ORIGINAL

1 | Dismissal Pursuant to Federal Rule of Civil Procedure 12(b) and Civil Rules 7.1(d)(2)(A) and 7.1(f)
2 | of the Local Rules of Practice for the District Court of Guam.

2. The attorney for the opposing party is:   Sandra D. Lynch, Esq.

3. The parties have not agreed upon a hearing date.

Dated: June 9, 2004                     LIMTIACO CRUZ & SISON, PLLC


By: _____
　　ALICIA A. LIMTIACO, Esq.,
　　Counsel For Defendants