FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-447-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants**

## IN THE DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | CIVIL CASE NO. 04-00010<br><br>**MOTION FOR LEAVE OF COURT TO FILE FACSIMILES OF PETITIONS** |

COMES NOW, Alicia A. Limtiaco, of the Law Offices of Limtiaco Cruz & Sison, PLLC, Counsel for Defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc. (collectively "Defendants"), and hereby submits this Motion for Leave of Court to File Facsimiles of the following Petitions:

1

1. Petition of Max C. Fischer for Admission *Pro Hac Vice*; and

2. Petition of Peter I. Ostroff for Admission *Pro Hac Vice*.

This motion is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, all pleadings and documents on file herein and upon such further evidence and legal argument as may be presented at a hearing on this matter.

### MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to District Court of Guam General Rule 5.1, Defendants hereby move this Court to accept as the original for filing the facsimile Petitions described above pending receipt and filing of the originally executed Petitions with the original signatures. Counsel for Defendants brings this motion on the basis that such facsimile filing is necessary to ensure the timely filing of the Petitions.

LIMTIACO CRUZ & SISON, PLLC.

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, ESQ.
a licensed employee.

U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Pro Hac Vice Motions\Motion to File Fascimile Signatures.doc

2