ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone:      671-477-0000
Facsimile:      671-447-0001
Email:    guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone:      213-896-6000
Facsimile:      213-896-6600

**Attorneys for Defendants**



FILED
DISTRICT COURT OF GUAM

JUN 0 9 2004

MARY L. M. MORAN
CLERK OF COURT

17

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>                    Defendants. | CIVIL CASE NO. 04-00010<br><br><br>**PETITION OF MAX C. FISCHER FOR ADMISSION *PRO HAC VICE*; CONSENT OF CO-COUNSEL** |

COMES NOW Max C. Fischer (hereinafter "Petitioner") of the law firm of Sidley Austin Brown & Wood, and hereby files this Petition for Admission *Pro Hac Vice* pursuant to General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000) and states the following under penalty of perjury:

ORIGINAL

1

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

1. Petitioner is a member in good standing with the Bar of the State of California and Bar of the State of Illinois, and is eligible to practice before the highest courts of the States of California and Illinois.

2. Petitioner is of good moral character and has never been suspended or disbarred by any court.

3. Petitioner's office address is: Sidley Austin Brown & Wood, 555 West Fifth Street, 40th Floor, Los Angeles, California 90013; Telephone: 213-896-6612.

4. Petitioner was admitted to the State Bar of Illinois in 1995, the N.D. of Illinois in 1995, the Seventh Circuit in 1999, the Second Circuit in 2000, the State Bar of California in July 2003, and the Central District of California in July 2003.

5. On or about October 2003, Petitioner filed a petition which petition was granted to appear as counsel, *pro hac* vice, for LSG Lufthansa Service Guam, Inc. in *Michelle D. Ramos, et al. v. LSG Lufthansa Service Holding AG, et al.,* District Court of Guam Civil Case No. 03-00028.

6. Petitioner does not permanently reside in Guam and shall not be in Guam on a temporary basis during the pendency of the above-entitled action.

7. Defendants LSG Lufthansa Service Guam, Inc.; LSG Catering Guam, Inc.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc. have retained Petitioner's law firm, to represent and assist said defendants in the above-entitled action.

8. Petitioner has designated the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation. The attorneys of the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, are active members of the Bar of this Court and are authorized to practice law before all of the courts of Guam, and who reside in and have an office in Guam, to serve as co-counsel for the defendants in the above-entitled action, and does hereby designate the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, whose address is 777

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-2006 Fax (671) 477-0001
guamlaw@ite.net

Route 4, Suite 11B, MVP Business Center, Sinajana, Guam 96910, and telephone number is 671-477-0000, as co-counsel in this action with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

9. Subscribed below is the written consent of co-counsel to this Petitioner in all respects.

Dated this _____ day of June, 2004.

SIDLEY AUSTIN BROWN & WOOD

By: _____
MAX C. FISCHER, ESQ.
Petitioner

## CONSENT TO CO-COUNSEL

The Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, hereby states that it is co-counsel for the defendants LSG Lufthansa Service Guam, Inc.; LSG Catering Guam, Inc.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc., with the aforementioned Petitioner for admission *Pro Hac Vice* in this action, and consents to the same in all respects and agrees to act in all respects as therein referred to and under the local rules of this Court.

Dated this 7th day of June, 2004.

LIMTIACO CRUZ & SISON, PLLC

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, ESQ.
Counsel for Defendants

U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Pro Hac Vice Motions\Petition of Fischer & Consent.doc

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

1  Route 4, Suite 11B, MVP Business Center, Sinajana, Guam 96910, and telephone number is 671-477-

2  0000, as co-counsel in this action with whom the Court and opposing counsel may readily

3  communicate regarding the conduct of the case and upon whom papers shall be served.

4     9.  Subscribed below is the written consent of co-counsel to this Petitioner in all respects.

5             Dated this ___ day of June, 2004.

6

7                                  SIDLEY AUSTIN BROWN & WOOD

8                            By: _____

9                                    MAX C. FISCHER, ESQ.
                                     Petitioner

10  ### CONSENT TO CO-COUNSEL

11      The Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation,

12  hereby states that it is co-counsel for the defendants LSG Lufthansa Service Guam, Inc.; LSG Catering

13  Guam, Inc.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc., with the

14  aforementioned Petitioner for admission *Pro Hac Vice* in this action, and consents to the same in all

15  respects and agrees to act in all respects as therein referred to and under the local rules of this Court.

16             Dated this _____ day of June, 2004.

17

18                                  LIMTIACO CRUZ & SISON, PLLC

19

20                            By: _____
                                   ALICIA A. LIMTIACO, ESQ.
                                   Counsel for Defendants

21

22

23  U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Pro Hac Vice Motions\Petition of Fischer & Consent.doc

24

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net