LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the following documents will be served, by hand delivery, on the Law Office of Sandra D. Lynch, 207 Martyr Street, Suite #3, Travel Pacificana Bldg, Hagatna, Guam:

1. Petition of Peter I. Ostroff for Admission Pro Hac Vice; Consent of Co-Counsel;
2. Petition of Peter I. Ostroff for Admission Pro Hac Vice; Memorandum of Points and Authorities in Support Thereof;
3. [Proposed] Order Granting Petition of Peter I. Ostroff for Admission Pro Hac Vice;
4. Petition of Max C. Fischer for Admission Pro Hac Vice; Consent of Co-Counsel;
5. Petition of Max C. Fischer for Admission Pro Hac Vice; Memorandum of Points and Authorities in Support Thereof;
6. [Proposed] Order Granting Petition of Max C. Fischer for Admission Pro Hac Vice;

7. Motion for Leave of Court to File Facsimiles of Petitions; and
8. [Proposed] Order Approving Leave of Court to File Facsimiles of Petitions.

Dated this 8th day of June, 2004.

*(signature)*
ROSA L. RESENDEZ

U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Certificate of Service.DOC