ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-447-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
JUN 10 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br> [~~PROPOSED~~] ORDER GRANTING PETITION OF PETER I. OSTROFF FOR ADMISSION *PRO HAC VICE* |

The petition of Peter I. Ostroff for admission *Pro Hac Vice* having come before this Court on _____, and good cause appearing therefor,

///

///

ORIGINAL

IT IS HEREBY ORDERED that Peter I. Ostroff be and is hereby admitted to appear in the above-entitled action as counsel *Pro Hac Vice*, on behalf of defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc., and LSG Catering Saipan, Inc.

DATED: June 10, 2004

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM.

**RECEIVED**
JUN 09 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Pro Hac Vice Motions\Proposed Order re Ostroff.doc