ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone:   671-477-0000
Facsimile:   671-447-0001
Email:   guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone:   213-896-6000
Facsimile:   213-896-6600

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
JUN 10 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case No. 04-00010<br><br>[PROPOSED] **ORDER GRANTING PETITION OF MAX C. FISCHER FOR ADMISSION *PRO HAC VICE*** |

The petition of Max C. Fischer for admission *Pro Hac Vice* having come before this Court on _____, and good cause appearing therefor,

///

///

ORIGINAL

IT IS HEREBY ORDERED that Max C. Fischer be and is hereby admitted to appear in the above-entitled action as counsel *Pro Hac Vice*, on behalf of defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc.

DATED: June 10, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
DISTRICT COURT OF GUAM



RECEIVED
JUN 09 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Pro Hac Vice Motions\Proposed Order re Fischer.doc