ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone:   671-477-0000
Facsimile:   671-447-0001
Email:   guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone:   213-896-6000
Facsimile:   213-896-6600

**Attorneys for Defendants**



FILED
DISTRICT COURT OF GUAM
JUN 10 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | CIVIL CASE NO. 04-00010<br><br>[PROPOSED] ORDER APPROVING LEAVE OF COURT TO FILE FACSIMILES OF PETITIONS |

The Defendants are hereby permitted to file the facsimiles of the Pro Hac Vice Petitions of Peter I. Ostroff and Max C. Fischer pending receipt and filing of the originally executed Petitions with the original signatures.

**ORIGINAL**

Counsel for Defendants is further ordered to file the originally executed Petitions with this court upon receipt from co-counsel.

SO ORDERED: _June 10, 2004_.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

RECEIVED
JUN 0 9 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

U:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Pro Hac Vice Motions\Order Approving Fascimile Signatures.doc

2