1  SANDRA D. LYNCH, ESQ., P.C.
   Travel Pacificana Building, Suite 3
2  207 MARTYR STREET
   HAGÅTÑA, GUAM 96910
3  Telephone: (671) 472-8889
   Fax: (671) 472-8890
4  E-Mail: sdlynch@ite.net

5  *Attorney for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
JUN 17 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

FELIPE DATUIN, et al.,            ) CIVIL CASE NO. 04-00010
                                  )
   Plaintiffs,                    ) **DECLARATION OF COUNSEL**
                                  ) **RE: MOTION FOR**
                                  ) **LEAVE OF COURT**
   vs.                            ) **TO FILE OPPOSITION**
                                  ) **TO MOTION TO DISMISS**
LSG Lufthansa Service Holding AG, )
et al.,                           )
                                  )
   Defendants.                    )
_____)

I, Sandra D. Lynch, hereby declare that I am counsel for Plaintiffs and that the following is true to the best of my knowledge and belief:

1. Since January, 2004, due to a serious illness, I have been home ill many days. My illness carried forward into February and March and I have had to continue many of my cases in local court. Due to ongoing medical issues, I have been unable to attend to many of my clients and have notified them of this fact. I sent notices of my medical illness to all members of the Bar and local courts.

2. I was off island from April 7 to April 24 for medical treatment. When I returned, I was only able to work a few hours each week.

3. Since that time, I have attempted to request continuances and deal with other issues

before this Court and the local Courts in an effort to best represent my clients.

4. I have also attempted to obtain alternative counsel for my clients, but as in this case, many attorneys on Guam are not familiar with the law regarding employees' rights or are reluctant to enter the case. It is possible that I may have to handle this case following my surgery and further treatment off island.

5. I have made good faith efforts to attend to all matters pending and through inadvertence, since it is common for Motions to Dismiss to be scheduled for hearing, no response was filed until now.

6. I have requested Leave of Court to permit the filing of the Opposition in this matter.

Dated this 17th of June, 2004.

_____
Sandra D. Lynch, Esq.