ORIGINAL

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN 24 2004
MARY L. M. MORAN
CLERK OF COURT

FELIPE DATUIN, JEFF GUMATAOTAO, and JAMES CRUZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et al.,

Defendants.

Civil Case No. 04-00010

**ORDER**

The Court is in receipt of Plaintiffs Felipe Datuin's and Jeff Gumataotao's Motion for Leave of Court to File Opposition to Motion to Dismiss, filed June 17, 2004. Finding good cause, the Court GRANTS Plaintiffs' motion. Since Plaintiffs filed the Opposition to Dismiss on June 17, 2004, prior to receiving permission to do so, the Court waives its untimeliness and accepts the filing.

IT IS FURTHER ORDERED that oral arguments on Defendants' Motion to Dismiss, filed April 9, 2004, will be heard on July 26, 2004, at 10:30 A.M.

IT IS SO ORDERED this 23rd day of June, 2004.

JOAQUIN V.E. MANIBUSAN
**Magistrate Judge**