DISTRICT FILED COURT OF GUAM
JUL 0 8 2004
MARY L. M. MORAN
CLERK OF COURT
29

1  **LIMTIACO CRUZ & SISON, PLLC**
   Alicia A. Limtiaco, Esq.
2  Donna M. Cruz, Esq.
   MVP Business Center
3  777 Route 4, Suite 11B
   Sinajana, Guam 96910
4  Telephone: (671) 477-0000
   Facsimile:  (671) 477-0001
5
   **SIDLEY AUSTIN BROWN & WOOD LLP**
6  Peter I. Ostroff (SBN 045718)
   Max C. Fischer (SBN 226003)
7  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
8  Telephone: (213) 896-6000
   Facsimile:  (213) 896-6600
9

10

11

12

                   **UNITED STATES DISTRICT COURT**
13
                          **DISTRICT OF GUAM**
14

15
   FELIPE DATUIN, JEFF GUMATAOTAO      )    CIVIL CASE NO. 04-00010
16 and JAMES CRUZ,                     )
                                       )
17          Plaintiffs,                )
                                       )
18     vs.                             )    **MOTION TO CONTINUE ORAL**
                                       )    **ARGUMENTS**
19                                     )
   LSG LUFTHANSA SERVICE GUAM, INC.,   )
20 et al.                              )
                                       )
21          Defendants.                )
                                       )
22 _____ )

23

24        Pursuant to General Rule 6.1, Defendants respectfully move this Court to continue the oral

25 arguments on Defendants' Motion to Dismiss scheduled for July 26, 2004 at 10:30 a.m. to a later

26 date to be determined by this Court for the following reasons:

27

28

                              **ORIGINAL**

1        1.      On June 2, 2004, attorneys for defendants, Alicia A. Limtiaco and Donna M. Cruz, advised the court and plaintiffs' attorney that both Ms. Limtiaco and Ms. Cruz would be off island during the months of late June through early August, 2004, and requested that any matters relating to this case be held in abeyance until their return.

        2.      At the scheduling conference on June 2, 2004, it was explained to the court and plaintiffs' counsel that Ms. Limtiaco had scheduled her vacation around the annual Ninth Circuit Court of Appeals Conference for which she is serving as the local representative for Guam and that Ms. Cruz took leave for the purpose of undergoing eye surgery.

        3.      On July 6, 2004, our office called the law offices of Sandra Lynch to inquire if plaintiffs' counsel would be willing to stipulate to continue the oral arguments to the second week in August, 2004. We were told that Ms. Lynch was not in the office and further informed by Ms. Lynch's secretary, Kathy Littlepage, that Ms. Lynch is tentatively scheduled to depart Guam around the 15th of July, 2004 in accordance with her spouse's military orders. Ms. Littlepage explained that she would be in contact with Ms. Lynch and could give an answer by July 7, 2004. See the attached declaration of Rosa L. Resendez.

        4.      As of this date, July 8, 2004, Defendants have not received word from Ms. Lynch or her secretary agreeing to or opposing a stipulated motion.

        5.      Defendants have been diligent in their preparation of this matter and this is their first request for a continuance.

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants submit they have shown good cause for the continuance of this matter and

therefore respectfully request this Court to grant their Motion to Continue Oral Arguments relating

to Defendants' Motion to Dismiss filed on April 9, 2004 and scheduled to be heard on July 26, 2004

at 10:30 a.m. to a later date to be determined by the court.

Respectfully submitted this _____8th_____ day of July, 2004.


LIMTIACO CRUZ & SISON, PLLC


By: _____

JOCELYN M. RODEN, Esq.
a duly licensed employee.