LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
JUL 08 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br> **DECLARATION OF ROSA L. RESENDEZ IN SUPPORT OF MOTION TO CONTINUE ORAL ARGUMENTS** |

Pursuant to 28 U.S.C. §1746, I, Rosa L. Resendez, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. I am employed as a paralegal with the Law Offices of Limtiaco Cruz & Sision, PLLC.

**ORIGINAL**

Felipe Datuin, et al. v. LSG Lufthansa Service Guam, Inc., et al.
Civil Case No. 04-00010
Delcaration of Rosa L. Resendez In Support of Motion to Continue Oral Arguments

2. That on July 6, 2004 I called the law offices of Sandra Lynch to inquire if plaintiffs' counsel would be willing to stipulate to continue the oral arguments presently scheduled for July 26, 2004 at 10:30 a.m. to the second week in August, 2004.

3. That I spoke to Kathy Littlepage, who is the secretary to Sandra Lynch, and she told me that she would have to confer with Ms. Lynch and call me back with an answer either by noon July 6, 2004 or the following day, July 7, 2004.

4. That Ms. Littlepage further informed me that Ms. Lynch was tentatively scheduled to depart Guam around the 15th of July, 2004 because her husband finally received his military orders.

5. That as of this writing I have not received a phone call from Ms. Lynch or Ms. Littlepage agreeing to stipulate or opposing our motion to continue the oral arguments set for July 26, 2004 at 10:30 a.m.

Further Declarant sayeth naught.

Dated this _____ day of July, 2004.

_____
ROSA L. RESENDEZ