LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**FILED**
DISTRICT COURT OF GUAM
JUL 08 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br>Plaintiffs, <br><br>vs. <br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br>Defendants. | CIVIL CASE NO. 04-00010 <br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the following documents will be served, by hand delivery, on the Law Office of Sandra D. Lynch, 207 Martyr Street, Suite #3, Travel Pacificana Bldg, Hagatna, Guam:

1. Motion to Continue Oral Arguments
2. Declaration of Rosa L. Resendez In Support of Motion to Continue Oral Arguments;
3. Proposed Order Granting Defendants' Motion to Continue Oral Arguments
4. Certificate of Service

Dated this 8th day of July, 2004.

_____
ROSA L. RESENDEZ

ORIGINAL