SANDRA D. LYNCH, Esq.
c/o Navy Legal Service Office
PAC DET Pearl Harbor
Box 64
Pearl Harbor, HI 96860-5110
Phone: (671) 788-2795 or 777-0161

*Attorney for Plaintiffs*



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | | |
|---|---|---|
| Felipe Datuin, et al., | ) | Civil Case No. 04-00010 |
| Plaintiffs, | ) | |
| vs. | ) | PLAINTIFFS' JOINDER IN DEFENDANTS' MOTION TO CONTINUE HEARING |
| LSG Lufthansa Holding AG, et al., | ) | |
| Defendants. | ) | |

Come now the Plaintiffs, and herein join in the defense motion to continue the hearing on Defendants' Motion to Dismiss, which is currently scheduled for July 26, 2004. Plaintiffs suggest that the Motion may be decided on the briefs.

Respectfully submitted this 19th day of July, 2004.

LAW OFFICE OF SANDRA LYNCH

By: _____
Sandra D. Lynch, Esq.
Attorney for Plaintiffs

ORIGINAL