1  **LIMTIACO CRUZ & SISON, PLLC**
   Alicia A. Limtiaco, Esq.
2  Donna M. Cruz, Esq.
   **MVP Business Center**
3  777 Route 4, Suite 11B
   Sinajana, Guam 96910
4  Telephone: (671) 477-0000
   Facsimile: (671) 477-0001
5
   **SIDLEY AUSTIN BROWN & WOOD LLP**
6  Peter I. Ostroff (SBN 045718)
   Max C. Fischer (SBN 226003)
7  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
8  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
9

FILED
DISTRICT COURT OF GUAM

JUL 22 2004

MARY L. M. MORAN
CLERK OF COURT

34

10

11

12

13

14
                    **UNITED STATES DISTRICT COURT**
15
                         **DISTRICT OF GUAM**
16

17
   FELIPE DATUIN, JEFF GUMATAOTAO    )    CIVIL CASE NO. 04-00010
18 and JAMES CRUZ,                   )
                                     )
19           Plaintiffs,             )
                                     )
20      vs.                          )    ~~PROPOSED~~ **ORDER GRANTING**
                                     )    **MOTION TO CONTINUE ORAL**
21                                   )    **ARGUMENTS**
   LSG LUFTHANSA SERVICE GUAM, INC., )
22 et al.                            )
                                     )
23           Defendants.             )
   _____)
24

25

26         The Court is in receipt of Defendants' Motion to Continue Oral Arguments, filed July 8, 2004.

27 Finding good cause, the Court GRANTS the Defendants' motion.

28

                              **ORIGINAL**

IT IS FURTHER ORDERED that the oral arguments on Defendants' Motion to Dismiss, filed on April 9, 2004, will be heard on ___August 31___, 2004 at __10:00__, at _a_ .m.

IT IS SO ORDERED: ___July 22, 2004___.

FOR ~~FRANCES M. TYDINGCO-GATEWOOD, Designated Judge~~
JOAQUIN V. E. MANIBUSAN
Magistrate Judge, District Court of Guam

RECEIVED
JUL 0 8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-