LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
JUL 27 2004
MARY L. M. MORAN
CLERK OF COURT
35

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al. <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the Order Granting Motion to Continue Oral Arguments, filed July 22, 2004, was served via United States Mail on July 26, 2004, on plaintiffs' counsel at the following address:

Sandra D. Lynch, Esq.
c/o Navy Legal Service Office
PAC DET Pearl Harbor
Box 64
Pearl Harbor, HI 96860-5110

Dated: 7-27-04

ARLENE B. MENDIOLA
Administrative Assistant