# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
AUG 31 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00010**     **DATE: 08/31/2004**     **TIME: 10:29 a.m.**

(37)

**CAPTION: FELIPE DATUIN et al -vs- LSG LUFTHANSA SERVICE HOLDING AG, et al**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Recorder
Hearing Electronically Recorded: 10:29:34 - 11:18:51

Law Clerk: None Present
Courtroom Deputy: Jamie Phelps
CSO: B. Benavente

*********** APPEARANCES ***********

**COUNSEL FOR PLAINTIFF(s):**
Sandra Lynch (telephonically)

**COUNSEL FOR DEFENDANT(s):**
Alicia Limtiaco

***

## PROCEEDINGS:
### MOTION TO DISMISS

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____

**NOTES:**

The Court ruled on the motions and stated its reasons. The Court informed the parties that it will issue a written decision.

The Court instructed Ms. Lynch to prepare a scheduling order that sets this matter for trial and to forward it to Ms. Limtiaco for review and approval prior to submitting the order to the Court.

▸ **Request to Dismiss for Failure to State a Claim - DENIED as per Mr. Datuin.**

▸ **Request to Dismiss the Retaliation Claim - GRANTED as per Mr. Gumataotao.**