LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
OCT 25 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | CIVIL CASE NO. 04-00010<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and accurate copy of DEFENDANT LSG LUFTHANSA SERVICE GUAM, INC. INITIAL DISCLOSURES was duly served via United States Postal Service, certified mail return receipt request, and postage fully prepaid, and e-mailed to the following address:

Law Offices of Sandra D. Lynch, Esq.
c/o Cdr. Edward Lynch
NAVLEGSERVOFS
PACDET Pearl Harbor Box 64
Pearl Harbor, HI 96860-5110

sdlynch@ite.net

DATED: October 15, 2004

JANUS C. MENDIOLA

H:\Legal Files\Master Client Files LSI\EEOC - Dutain Initial Disclosure Certificate of Service jcm 10-15-04.doc