DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
DEC 16 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. CV-04-00010  DATE: 12/16/2004  TIME: 10:53 a.m.

CAPTION: <u>FELIPE DATUIN et al -vs- LSG LUFTHANSA SERVICE HOLDING AG, et al</u>

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Recorder
Hearing Electronically Recorded: 10:53:42 - 10:54:54

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):

SANDRA LYNCH

COUNSEL FOR DEFENDANT(s):

ALICIA LIMTIACO

***

**PROCEEDINGS:**

**STATUS CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____

**NOTES:**

<u>The Court set a scheduling conference for tomorrow, December 17, 2004 at 1:30 p.m. and instructed the parties to come prepared with proposed dates that will set this matter for trial.</u>