William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
FELIPE DATUIN, JEFF
GUMATAOTAO and JAMES CRUZ

**FILED**
DISTRICT COURT OF GUAM
JAN 31 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| FELIPE DATUIN, et. al., | CIVIL CASE NO. 04-00010 |
| Plaintiffs, | |
| vs. | ENTRY OF APPEARANCE |
| LSG LUFTHANSA SERVICE HOLDING AG, et. al., | |
| Defendants. | |

The Law Offices of Gorman & Gavras, P.C., hereby enters its appearance as Co-counsel for the Plaintiffs.

Date: January 28, 2005.

LAW OFFICES OF GORMAN & GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Co-Counsel for Plaintiffs
FELIPE DATUIN, JEFF
GUMATAOTAO and JAMES CRUZ

ORIGINAL

Datuin, et. al. v. LSG Lufthansa Service Holding AG et. al.
Entry of Appearance
January 28, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served to Limtiaco Cruz & Sison, PLLC, this 28th day of January, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: January 28, 2005.          By: _____
WILLIAM L. GAVRAS, ESQ.
Co-Counsel for Plaintiffs
FELIPE DATUIN, JEFF
GUMATAOTAO and JAMES CRUZ

**SANDRA D. LYNCH, ESQ., P.C.**
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Fax: (808) 456-4708
Email: sellislynch@hotmail.com

January 27, 2005

William Gavras
Law Offices of GORMAN & GAVRAS, P.C.
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910

    Re:    Michelle Ramos v. LSG, et al.
           District Court Case 003-00028
              And
           Felipe Datuin v. LSG, et al.
           District Court Case No. 04-00010

Dear Bill:

    I am pleased to acknowledge that your firm has agreed to act as co-counsel in both of the above mentioned civil cases pending in the District Court of Guam. I look forward to our professional relationship and am available for telephone consultation and email discussion any time.

    Should you have any questions, or wish to arrange a conference call, feel free to contact me at the above numbers.

                                Sincerely,

                                Sandra D. Lynch, Esq.