| | |
|---|---|
| 1 | **ALICIA A. LIMTIACO, ESQ.**<br>**DONNA M. CRUZ, ESQ.** |
| 2 | **LIMTIACO CRUZ & SISON, PLLC**<br>Suite 11B, MVP Business Center |
| 3 | 777 Route 4<br>Sinajana, Guam 96910 |
| 4 | Telephone: 671-477-0000<br>Facsimile: 671-477-0001 |
|   | Email: guamlaw@ite.net |
| 5 | **PETER I. OSTROFF, ESQ.** |
| 6 | **MAX C. FISCHER, ESQ.**<br>**SIDLEY AUSTIN BROWN & WOOD** |
| 7 | 555 West Fifth Street, 40th Floor<br>Los Angeles, California 90013-1010 |
|   | Telephone: 213-896-6000 |
| 8 | Facsimile: 213-896-6600 |
| 9 | Attorneys for Defendants LSG Lufthansa Service Guam, Inc.<br>and LSG Catering Guam, Inc. |

**FILED**
DISTRICT COURT OF GUAM

AUG 11 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| 12 | MICHELLE D. RAMOS, RICARDO G.<br>"GINO" PEREZ and NONA A. PEREZ, | Civil Case No. 03-00028 |
| 13 | | |
| 14 | Plaintiffs, | |
| 15 | vs. | **STIPULATION ~~AND ORDER~~**<br>**TO DISMISS WITH PREJUDICE** |
| 16 | LSG LUFTHANSA SERVICE GUAM, INC.,<br>et al., | |
| 17 | Defendants. | |
| 18 | | Civil Case No. 04-00010 |
| 19 | FELIPE DATUIN, JEFF GUMATAOTAO<br>and JAMES CRUZ, | |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | LSG LUFTHANSA SERVICE GUAM,<br>INC., et al., | |
| 23 | | |
| 24 | Defendants. | |

Stipulation and Order to Dismiss With Prejudice (Jeff Gumataotao)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

ORIGINAL

# STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Jeff Gumataotao ("Plaintiff") and Defendants LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby request that this matter be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

Respectfully submitted: ~~May~~ Aug. 11, 2005.

LIMTIACO CRUZ & SISON, PLLC

By: _____
ALICIA A. LIMTIACO, Esq.
a duly licensed employee.

Respectfully submitted: ~~May~~ June 15, 2005.

LAW OFFICES OF GORMAN & GAVRAS, P.C.

By: _____
WILLIAM L. GAVRAS, Esq.

**IT IS SO ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

Dated: _____.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Stipulation to Settlement (Jeff Gumataotao).doc

Stipulation and Order to Dismiss With Prejudice (Jeff Gumataotao)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2

Case 1:04-cv-00010   Document 44   Filed 08/11/2005   Page 2 of 2