1  **ALICIA A. LIMTIACO, ESQ.**
   **DONNA M. CRUZ, ESQ.**
2  **LIMTIACO CRUZ & SISON, PLLC**
   Suite 11B, MVP Business Center
3  777 Route 4
   Sinajana, Guam 96910
   Telephone: 671-477-0000
4  Facsimile: 671-477-0001
   Email: guamlaw@ite.net
5
   **PETER I. OSTROFF, ESQ.**
6  **MAX C. FISCHER, ESQ.**
   **SIDLEY AUSTIN BROWN & WOOD**
7  555 West Fifth Street, 40th Floor
   Los Angeles, California 90013-1010
   Telephone: 213-896-6000
8  Facsimile: 213-896-6600

9  **Attorneys for Defendants LSG Lufthansa Service Guam, Inc.**
   **and LSG Catering Guam, Inc.**



FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

10
11        **IN THE DISTRICT COURT OF GUAM**
              **TERRITORY OF GUAM**

12  MICHELLE D. RAMOS, RICARDO G.               Civil Case No. 03-00028
    "GINO" PEREZ and NONA A. PEREZ,
13
                          Plaintiffs,
14
                                                **ORDER RE: STIPULATION**
             vs.                                **TO DISMISS WITH PREJUDICE**
15                                              **(JEFF GUMATAOTAO)**
    LSG LUFTHANSA SERVICE GUAM, INC.,
16  et al.,

17                        Defendants.

18  ────────────────────────────────
    FELIPE DATUIN, JEFF GUMATAOTAO
19  and JAMES CRUZ,                             Civil Case No. 04-00010

20                        Plaintiffs,

21           vs.

22  LSG LUFTHANSA SERVICE GUAM,
    INC., et al.,
23

24                        Defendants.

Order re: Stipulation to Dismiss With Prejudice (Jeff Gumataotao)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:04-cv-00010    Document 51    Filed 08/12/2005    Page 1 of 2

The stipulation with respect to Plaintiff Jeff Gumataotao, filed on August 11, 2005, is Hereby Approved and So Ordered.

Dated: _August 12, 2005_.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

Order re: Stipulation to Dismiss With Prejudice (Jeff Gumataotao)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2

Case 1:04-cv-00010     Document 51     Filed 08/12/2005     Page 2 of 2