ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br> **ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE (FELIPE DATUIN)** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 04-00010 |

Order re: Stipulation to Dismiss With Prejudice (Felipe Datuin)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:04-cv-00010    Document 54    Filed 08/12/2005    Page 1 of 2

1   The stipulation with respect to Plaintiff Felipe Datuin, filed on August 11, 2005, is Hereby
2   Approved and So Ordered.
3   Dated: _August 12, 2005_.

*[signature]*
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

Order re: Stipulation to Dismiss With Prejudice (Felipe Datuin)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2

Case 1:04-cv-00010    Document 54    Filed 08/12/2005    Page 2 of 2