

**FILED**
DISTRICT COURT OF GUAM

AUG 12 2005

**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. CV-03-00028
Related Case No. CV-04-00010     DATE: 08/12/2005          TIME: 10:38 a.m.

CAPTION:  <u>MICHELLE D. RAMOS, et al</u>  -vs-  <u>LUFTHANSA SERVICE HOLDING AG, et al</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HONORABLE JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE     Law Clerk: Jennifer Moton

Courtroom Reporter: Wanda Miles                             Courtroom Deputy: Virginia T. Kilgore

Hearing Electronically Recorded: 10:38:47 - 10:47:03        CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COUNSEL FOR PLAINTIFF(s):                    COUNSEL FOR DEFENDANT(s):

<u>WILLIAM GAVRAS</u>                               <u>ALICIA LIMTIACO & DONNA CRUZ, LSG Lufthansa Service
                                             Guam, Inc. & LSG Catering Guam</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROCEEDINGS:            FURTHER PROCEEDINGS

(  ) MOTION (S) ARGUED BY     (  ) PLAINTIFF     (  ) DEFENDANT

(  ) MOTION(s)  ___Granted  ___ Denied  ___Settled  ___Withdrawn  ___Under Advisement

(  ) ORDER SUBMITTED  ___Approved  ___Disapproved

(  ) ORDER to be Prepared By: _____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____


<u>Mr. Gavras wanted to inform the Court that his client, Mr. James Cruz, refused to execute the release agreement, however, he did have the opportunity to discuss the terms and conditions with his client.  He further stated that Mr. Cruz gave him verbal authorization on numerous occasions to sign the stipulation for dismissal in this matter consistent with the release. Ms. Limtiaco concurred. Based on the representations made by the parties, the Court found that Mr. Gavras was within his authority based on the verbal permission given to him by his client and that the settlement agreement between the parties govern the obligations that exist between the parties in terms of the dismissal.</u>


COURTROOM DEPUTY:_____