William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Sandra D. Lynch, Esq.
SANDRA D. LYNCH, ESQ., P.C.
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Facsimile: (808) 456-4708

Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G.
"GINO" PEREZ, NONA A. PEREZ,
FELIPE DATUIN, JEFF GUMATAOTAO,
and JAMES CRUZ



**FILED**
DISTRICT COURT OF GUAM

AUG 22 2005 ⁿᵖ

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants._____/ | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants._____/ | Civil Case No. 04-00010<br><br><br><br><br><br>STIPULATION |

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Motion to Dismiss With Prejudice
August, 2005

Come Now Plaintiffs and hereby dismisses with prejudice all Defendants including Doe Defendants. Each party to bear their own attorney's fees and costs.

**SO STIPULATE.**

LAW OFFICES OF GORMAN & GAVRAS

Dated: August 7, 2005.            By: _____
                                  WILLIAM L. GAVRAS, ESQ.
                                  Attorneys for Plaintiffs

LIMTIACO CRUZ & SISON, PLLC

Date: August 18, 2005.            By: _____
                                  ALICIA A. LIMTIACO, ESQ
                                  Attorneys for Defendants