UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ, Plaintiffs, vs. LSG LUFTHANSA SERVICE HOLDING AG, et al., Defendants. | CIVIL CASE NO. 03-00028 |
|---|---|
| FELIPE DATUIN, JEFF GUMATAOTAO, and JAMES CRUZ, Plaintiffs, vs. LSG LUFTHANSA SERVICE GUAM, INC., et al., Defendants. | CIVIL CASE NO. 04-00010<br>**FINAL JUDGMENT** |

Final judgment is hereby entered in accordance with the following:

1. Judgment filed February 10, 2005,
2. Stipulation to Dismiss with Prejudice re Jeff Gumataotao filed August 11, 2005,
3. Stipulation to Dismiss with Prejudice re Felipe Datuin filed August 11, 2005,
4. Stipulation to Dismiss with Prejudice re Michelle D. Ramos filed August 11, 2005,
5. Stipulation to Dismiss with Prejudice re Nona A. Perez filed August 11, 2005,
6. Stipulation to Dismiss with Prejudice re James Cruz filed August 11, 2005,

1. 7. Stipulation to Dismiss with Prejudice re Ricardo Perez filed August 11, 2005, and
2. 8. Stipulation to Dismiss with Prejudice all Defendant's including DOE Defendant's
3. filed August 22, 2005.
4. Dated this 24th day of August, 2005, Hagatna, Guam.

/s/ Mary L.M. Moran
Clerk of Court