# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Michelle D. Ramos, Ricardo G. "Gino" Perez, and Nona A. Perez, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG Lufthansa Service Guam, Inc., et al., <br><br> Defendants. | Case No. 1:03-cv-00028 |
| Felipe Datuin, Jeff Gumataotao, and James Cruz <br><br> Plaintiffs, <br><br> vs. <br><br> LSG Lufthansa Service Guam, Inc., et al., <br><br> Defendants. | Case No. 1:04-cv-00010 <br><br><br><br><br> **NOTICE OF ENTRY** |

   **NOTICE IS HERBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Final Judgment filed on August 24, 2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

**Date:** August 24, 2005                                             Clerk of Court
                                                                       **/s/ Mary L.M. Moran**