# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Michelle D. Ramos, et al., <br>      Plaintiffs, <br>   vs. <br><br> LSG Lufthansa Service Guam, Inc., et al., <br>      Defendants. | Case No. 1:03-cv-00028 |
| Felipe Datuin, et al., <br>      Plaintiffs, <br>   vs. <br><br> LSG Lufthansa Service Guam, Inc. et al., <br>      Defendants. | Case No. 1:04-cv-00010 <br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Final Judgment and Notice of Entry filed on August 24, 2005* on the dates indicated below:

*Gorman and Gavras*    *Limtiaco Cruz and Sison*
*8/25/2005*        *8/24/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Final Judgment and Notice of Entry filed on August 24, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 26, 2005            /s/ Shirlene A. Ishizu
                       Deputy Clerk